**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUN 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TROY MATTOS; JAYZEL MATTOS,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DARREN AGARANO; RYAN AIKALA; STUART KUNIOKA; HALAYUDHA MACKNIGHT,<br><br>        Defendants - Appellants,<br><br> and<br><br>MAUI COUNTY,<br><br>        Defendant. | No. 08-15567<br><br>D.C. No. 07-CV-00220-DAE<br><br><br>ORDER |

| | |
|---|---|
| MALAIKA BROOKS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CITY OF SEATTLE,<br><br>        Defendant,<br><br> and | No. 08-35526<br><br>D.C. No. 2:06-cv-01681-RAJ |

STEVEN L. DAMAN, in his capacity as an officer of the Seattle Police Department; DONALD M. JONES, in his individual capacity as an officer of the Seattle Police Department; JUAN M. ORNELAS, in his individual capacity as an officer of the Seattle Police Department,

Defendants - Appellants.

Before: KOZINSKI, Chief Judge, SCHROEDER, RYMER, SILVERMAN, GRABER, McKEOWN, FISHER, PAEZ, RAWLINSON, CLIFTON, and BEA, Circuit Judges.

Within 14 days of the filing of this Order, each of the parties in these cases shall submit simultaneous briefs addressing what effect, if any, the United States Supreme Court decision in *Ashcroft v. Al-Kidd,* 563 U.S. ____ (2011), has on the question of qualified immunity in their respective case. *See* No. 10-98, slip op. at 9-12 (U.S. May 31, 2011). The briefs shall not exceed twelve pages. Each of the existing amici may file a supplemental brief not exceeding twelve pages by the same deadline.