UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TROY MATTOS and JAYZEL MATTOS,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DARREN AGARANO; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>MAUI COUNTY,<br><br>        Defendant. | No. 08-15567<br><br>D.C. No. 07-CV-00220-DAE<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |
| MALAIKA BROOKS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CITY OF SEATTLE,<br><br>        Defendant,<br><br> and<br><br>STEVEN L. DAMAN, in his capacity as an officer of the Seattle Police | No. 08-35526<br><br>D.C. No. 2:06-cv-01681-RAJ<br>U.S. District Court for Western Washington, Seattle |

Department; et al.,

    Defendants - Appellants.

The supplemental brief submitted by Amicus Curiae ACLU of Hawaii, Esquire and ACLU - WA on June 15, 2011 is filed.

No paper copies of this brief are required.

    FOR THE COURT:
    Molly C. Dwyer
    Clerk of Court

    Gabriela Van Allen
    Deputy Clerk