UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TROY MATTOS and JAYZEL
MATTOS,

          Plaintiffs - Appellees,

  v.

DARREN AGARANO; et al.,

          Defendants - Appellants,

 and

MAUI COUNTY,

          Defendant.

No. 08-15567

D.C. No. 07-CV-00220-DAE
U.S. District Court for Hawaii,
Honolulu

**ORDER**

MALAIKA BROOKS,

          Plaintiff - Appellee,

  v.

CITY OF SEATTLE,

          Defendant,

 and

STEVEN L. DAMAN, in his capacity as
an officer of the Seattle Police

No. 08-35526

D.C. No. 2:06-cv-01681-RAJ
U.S. District Court for Western
Washington, Seattle

Department; et al.,

                    Defendants - Appellants.

        The supplemental brief submitted by Amicus Curiae  National Police

Accountability Project and Human Rights Defense Center  on June 16, 2011 is

filed.

        No paper copies of this brief are required.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Gabriela Van Allen
                                        Deputy Clerk